UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-8850-DMG (PDx)** | Date | November 2, 2020 |
|---|---|---|---|
| Title | *Antranel Marshall v. Costco Wholesale Corporation, et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On September 29, 2020, the Court set a Scheduling Conference. [Doc. # 7.] As required by the Court's September 29, 2020 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report. To date, Defendant's unilateral Rule 26(f) Report has been filed. [Doc. # 8.]

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **November 9, 2020**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on November 13, 2020 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.